.L. MAXCY, INC., v. NORRIS F. BASKIN and JAMES A. BASKIN, as Administrators of the Estate of J. G. BASKIN, Deceased, and H. A. MEADOWS and A. P. MEADOWS.

194 So. 875
Division B
Opinion Filed March 15, 1940
Rehearing Denied March 26, 1940

The judgment rendered in the court below in this case is affirmed upon authority of the case of Gregg Maxcy, Inc., v. Bateman, 126 Fla. 747, 171 So. 811. See also in this connection Roe v. Winter Haven Co., 104 Fla. 317, 140 So.

463; Winter Haven Fruit Sales Corporation v. Bundy & Sons, Inc., 128 Fla. 324, 178 So. 726.

Affirmed.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur.

TERRELL, C. J., concurs in opinion and judgment.

Justices BUFORD and THOMAS not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.